MD-Individual Practice Association, Inc.
HEALTH PLAN)

If you have any questions please contact the
Member Services Department at:
(301) 360-8000 or 1-800-251-0956

Explanation of Benefits (EOB)
*** THIS IS NOT A BILL ***

Member Number:
Member Name:

Page 2

| Reference Number | Check Number | Provider Number | Provider Name | Dates of Service From | To | Service Provided | Requested Charges | Allowable Charges | Plan Obligation | Per Dr. Savings | Member Obligation | Deductible | E(e) Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 801527007743 | 530082 | 4041350 | Ancillary Care Management | 03-01-06 | 03-31-06 | DURABLE MED EQUIP, MISC. | $2200.00 | $2200.00 | $1100.00 | $1100.00 | $1100.00 | $0.00 | L1 ADM 166 169 165 |
| 801527007743 | 530082 | 4041350 | Ancillary Care Management | 03-01-06 | 03-31-06 | DURABLE MED EQUIP, MISC. | $2200.00 | $2200.00 | $1100.00 | $2200.00 | $1100.00 | $0.00 | |

Totals:

Total obligation is the sum of Member Obligation and Deductible columns.

Your total obligation to Ancillary Care Management, Inc. is $1100.00.

| | $4400.00 | $4700.00 | $1100.00 | $2200.00 | $1100.00 | $0.00 |

If you have other insurance coverage in addition to this Plan's coverage, and you need an explanation of the Plan's benefit determination for submission to your other insurance coverage, please call the above telephone number.

Please see reverse side for the Explanation codes.

*(handwritten:)* Plan Pd $1100 - 50% of Claim
CK 53 0082 dated 5/24/06
(Kathy /9/07)

MOST IMPT



# WEINER'S
## HOME HEALTH CARE CENTER
### 3635 OLD COURT ROAD, PIKESVILLE, MD 21208

Phillip Paul Weiner, Pharm. D
Consultant Pharmacist

Phone: (410) 653-1434
Fax: (410) 486-7300

February 3, 2009

OPM/OIG FRAUD HOT LINE
ATTN: JOE FRECK
1900 E STREET N.W.
SUITE 6400
WASHINGTON, DC 20415-1100

FAX    202-606-0127
PHONE 202-418-3300 -**3**

DEAR MR. FRECK:

PRIMARILY ENCLOSED IS THE INFORMATION ON THE SINGLE CASE
INVOLVING THE ONLY KNOWN FEDERAL PATIENT THAT I KNOW OF AT
THIS TIME. I AM ALSO ENCLOSING OTHER REDACTED INFORMATION ON
THE OTHER PATIENTS THAT I KNOW FOR SURE WERE OVER CHARGED BY
THE INSURANCE COMPANY.

ON MARCH 1, 2006 THE PATIENT RECEIVED EQUIPMENT FROM MY OFFICE
TO ALLOW HER TO REMAIN FACE DOWN AFTER SURGERY ON HER EYE
THAT ALSO REQUIRED A GAS BUBBLE TO BE PLACED IN THE EYE UNTIL
THE BODY COULD REPLACE A SUBSTANCE KNOWN AS VITREOUS HUMOR.
WE HAD ALREADY RECEIVED AUTHORIZATION FROM M.D.IPA FOR THE
EQUIPMENT **(SEE CIRCLE A).**

THE ORIGINAL CLAIM SENT TO M.D. IPA DATED 03/01/2006. IT WAS
REJECTED BY M.D. IPA STATING THAT MY OFFICE HAD TO SEND THE
CLAIM TO ANCILLARY CARE MANAGEMENT. (ACM) **(SEE CIRCLE B)** THE
CLAIM WAS THEN SENT TO ACM AS REQUESTED.

AFTER A FEW MORE DENIALS, MY OFFICE FINALLY RECEIVED AN
EXPLANATION OF BENEFITS (EOB) DATED 07/26/06 STATING THAT OF THE
$1250.00 BILLED, $1200.00 WAS ACCEPTED, $1100.00 WAS FOR THE COPAY
AND I WAS PAID $100.00 **(SEE CIRCLE C).**



# WEINER'S
### HOME HEALTH CARE CENTER
3635 OLD COURT ROAD, PIKESVILLE, MD  21208



Phillip Paul Weiner, Pharm. D
    Consultant Pharmacist

Phone:  (410) 653-1434
Fax:  (410) 486-7300


JOE FLECK   P.2

BELIEVING THIS TO BE AN ERROR, I APPEALED AND REAPPEALED
RESULTING IN ACM TAKING BACK THE $100.00 PAID TO ME AND
CHARGING THE ENTIRE $1100.00 TO THE PATIENT ON 11/12/2006
**(SEE CIRCLE D).**  ALSO SEE LETTER FROM EMILY HEPPNER STATING THAT
THE CLAIM  "DID" (EMPHASIS) PAY CORRECTLY. (SEE CIRCLE E) IN EARLY
JANUARY 2007, I TRIED AGAIN TO CONTACT ACM BY PHONE, ONLY TO BE
DENIED SPEAKING TO A SUPERVISOR.  I TOLD THE YOUNG LADY WHO
TRIED TO HELP ME THAT I WOULD CONTACT UNITED HEALTHCARE'S
FRAUD UNIT IF I COULD NOT OBTAIN A REASONABLE EXPLANATION OF
THE $1100.00 CHARGE.

I TRIED CONTACTING UNITED HEALTHCARE (UHC) BY PHONE WITHOUT
SUCCESS.  I THEN TRIED THE INTERNET AND WAS ABLE TO E-MAIL THEIR
FRAUD UNIT.  **(SEE CIRCLE F)**

I CANNOT FIND DOCUMENTATION, BUT I DID RECEIVE A TELEPHONE CALL
FROM THE FRAUD UNIT ON THE MORNING OF 11/12/2008 BASICALLY
STATING THAT THE CHARGES, ETC. WERE ACCURATE.

I PURSUED THIS PROBLEM TO THE ATTORNEY GENERAL OF THE STATE OF
MARYLAND (AG) IN A LETTER DATED JANUARY 18, 2008.  OVER THE NEXT
8 MONTHS, I HAD AT LEAST 18 CONTACTS OR TRIED TO HAVE CONTACT
WITH MS. ADRIAN REDD OF THAT OFFICE, WHO TRIED TO BE HELPFUL,
WITHOUT SUCCESS.

 I FINALLY WAS ABLE TO BE TOLD THAT IT WAS NOT THEIR CASE TO LOOK
INTO AND THAT I SHOULD GO TO THE MARYLAND INSURANCE
ADMINISTRATIONI WAS ADVISED ON JULY 28, 2008 THAT THE AG'S OFFICE
WOULD SEND THE INFORMATION I HAD SENT THEM TO THE MIA.  I ALSO
CONTACTED THE FTC WHO TOOK MY INFORMATION AND ADVISED ME
THAT UNLESS THEY RECEIVED MORE COMPLAINTS, THEY WOULD NOT
ACT ON IT. (FTC REFERENCE #13526978). **(SEE CIRCLE G)**



# WEINER'S
## HOME HEALTH CARE CENTER
### 3635 OLD COURT ROAD, PIKESVILLE, MD 21208

Phillip Paul Weiner, Pharm. D
Consultant Pharmacist

Phone: (410) 653-1434
Fax: (410) 486-7300

JOE FLECK   P.3

THE INVESTIGATOR, MS. SHARON E. MOORE AND HER IMMEDIATE
SUPERVISOR, IN MY OPINION, HAD ABSOLUTELY NO COMPREHENSION OF
THE PROBLEM.  THEIR MANTRA WAS THAT IT WAS A CONTRACT PROBLEM
THAT THE MIA HAD NO JURISDICTION OVER.  I TRIED OVER AND OVER
AGAIN TO UNDERSTAND WHAT WAS GOING ON.  BUT ALAS, NO LUCK. (SEE
**CIRCLE H**).

I BELIEVE THE CRUX OF THE ISSUE IS IN UHC AND ACM'S OWN WORDS AS
STATED IN **(SEE CIRCLE I)**.  IT CERTAINLY LOOKS LIKE WHAT WE TALKED
ABOUT YESTERDAY.  I.E. UPCHARGING.

I HAVE HAD PATIENTS FROM  MARYLAND, VIRGINIA AND DELEWARE WHO
HAVE HAD THE SAME TYPE OF OVERCHARGE LEVIED AGAINST THEM.. IT
SEEMS TO ME THAT IF YOU FIND THAT MY COMPLAINT IS JUSTIFIED,  A
MULTIJURISDICTIONAL SUIT SHOULD BEGIN.

PATIENT #2 – I BILLED $49.56 ACM WAS PAID $143.42  **(SEE CIRCLE J)**
PATIENT #3 – I BILLED $250.00 PATIENT COPAY $237.15  **(SEE CIRCLE K)**
        THIS IS SIMILAR TO THE MAIN PATIENT UNREASONABLE
        COPAY AMOUNT.
PATIENT #4 – I BILLED $99.12  ACM WAS PAID $225.70  **(SEE CIRCLE L)**
PATIENT #5 – I BILLED $500.00 ACM BILLED UHC $1320.00 WITH A PATIENT
        RESPONSIBILITY OF $500.00 – THIS WAS THE SAME ITEM OF
        THAT WITH THE MAIN PATIENT IN THE BEGINNING
        **(SEE CIRCLES M AND N)**

IF YOU NEED FURTHER EXPLANATION, I AM AVAILABLE BY PHONE.  IF
YOU NEED A FACE TO FACE, I  AM AVAILABLE TO MEET IN WASHINGTON
OR BALTIMORE.

SINCERELY,

PHILLIP PAUL WEINER, PHARM.D.

**From:** Young, Jimmy <Jimmy.Young@opm.gov>
**To:** ppweiner@aol.com
**Subject:** FW: United Healthcare (Dr. Weiner Fraud Issue)
**Date:** Wed, Jul 1, 2009 3:09 pm

Good afternoon, Dr. Weiner. I wanted to provide you with the name and contact information of the individual at OPM whom I would suggest that you direct your concerns to in writing:

Mr. Ed DeHarde
Group Chief
Health Insurance Group III
U.S. Office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415

I am attaching the emails between myself and the Insurance Service Program (ISP) at OPM, so that you can respond (in your letter to Mr. DeHarde) to ISP's response.

Of course, I cannot guarantee that Mr. DeHarde will agree with your assessment of the situation. However, I believe that his office can appropriately respond to the matter. If after reading your correspondence Mr. DeHarde decides to forward your complaint to the OIG, I will be more than happy to look further into the matter.

Thanks, and have a great holiday.

**Jimmy Young**
**Special Agent**
**U.S. Office of Personnel Management**
**Office of Inspector General**
**Baltimore Resident Agency**
**202-409-2235**

-----Original Message-----
**From:** Rheinhardt, Ronald A
**Sent:** Monday, June 22, 2009 5:29 PM
**To:** Young, Jimmy
**Cc:** Frech, Joseph S
**Subject:** RE: United Healthcare (Dr. Weiner Fraud Issue)

Good afternoon Jimmy,

I understand Dr. Weiner's concern and we have had discussions with UHC regarding their provider relations. However, there is no indication that any Federal members have been harmed or have been balanced billed based on the information provided. The disagreement appears to be with Dr. Weiner and his contractual arrangement with ACM and the contractual arrangement ACM has struck with UHC. We do not get in the middle of negotiated provider contracts.

UHC as far as my knowledge did not own ACM but subcontracted with them because of their provider network. I am not questioning whether or not Dr. Weiner's issue has some validity; I am simply stating that it is not an issue that I nor the contracting officer is willing to pursue because it is outside our parameters.

Ron Rheinhardt
Contract Specialist
Insurance Service Programs
Division III
-----Original Message-----
**From:** Young, Jimmy
**Sent:** Monday, June 22, 2009 4:13 PM

**To:** Rheinhardt, Ronald A
**Cc:** Frech, Joseph S
**Subject:** United Healthcare (Dr. Weiner Fraud Issue)

Good afternoon, Mr. Reinhardt. I am the Agent that spoke with Dr. Phillip Weiner regarding the issues he was having with United Health Care and ACM. In fact, his complaint was not about how much he was being reimbursed, but what UHC and ACM are charging patients. I believe (and correct me if I'm wrong) that UHC actually owns ACM, so it seems like the "left hand" may be paying the "right hand".

Anyway, I spoke with Dr. Weiner and shared ISP's response with him; he was not satisfied. He indicated that there are issues that need to be brought to OPM's attention. I would like to provide you with his contact information, so that you can speak with him directly. In fact, he has offered to come to OPM and meet with ISP to discuss the matter. Hopefully, a phone conversation will suffice.

Dr. Weiner's telephone number is 410-486-7609, and his email address is ppweiner@aol.com. I've had the opportunity to meet with Dr. Weiner. He is a respectable gentleman, intelligent and pleasant to deal with. He's been in business since 1963. Based on my conversations with him, there is serious legitimacy with his complaint; I just do not have the institutional knowledge to resolve it.

Please let me know if/when you decide to reach out to him to help resolve this issue. Thank you.

**Jimmy Young**
**Special Agent**
**U.S. Office of Personnel Management**
**Office of Inspector General**
**Baltimore Resident Agency**
**202-409-2235**

-----Original Message-----
**From:** Rheinhardt, Ronald A
**Sent:** Tuesday, April 14, 2009 11:58 AM
**To:** Frech, Joseph S
**Cc:** Stuart, William T
**Subject:** United Healthcare (Dr. Weiner Fraud Issue)

Good morning Joseph,

We have concluded our investigation of the alleged fraud case brought to OPM's attention by Dr. Philip Weiner. In our review and research of the documentation provided to Insurance Service Programs by your office, we could not conclusively determine whether federal members have been harmed by the relationship of United Healthcare (UHC) and their subcontractor Ancillary Care Management (ACM). The majority of cases cited in Mr. Weiner's documentation were for commercial contracts not associated with the FEHBP. Not knowing the benefit structure of these contracts, we were unable to determine if the members were harmed by the professional arrangements of UHC and ACM.

However, we did press the issue with UHC to give us an account of the arrangement between the two parties. Below is a summary of what was expressed to us:

"United Healthcare had a contract with ACM for, among other things, network home health services. United Healthcare did not have a contract with Dr. Weiner directly and Dr. Weiner participated in United Healthcare's network through its relationship with ACM. United Healthcare adjudicated and paid the claims in question in accordance with each customer's applicable benefit plan and its contract with ACM. ACM was then responsible to pay its subcontracted providers based on United Healthcare's adjudication in accordance with its contracts with such providers.

Any variance between the amounts paid by United Healthcare to ACM and by ACM to its subcontracted

*NOT SO, GSE MOST IMPT SHE IS A FED EMP ≡≡≡ + I HN A JND*

providers, including Dr. Weiner is accounted for by the difference in fee schedules between the United Healthcare/ACM contract and the contract between Weiner and ACM. . Any United Healthcare member responsibility is accurately reflected on the EOB provided by United Healthcare to ACM. Since United Healthcare adjudicates the claim based on member benefits, the information for member responsibility provided by ACM to its subcontracted provider should reflect the adjudicated amount reported to ACM by United Healthcare."

Based on my review, it appears that this case is more of a provider relationship problem with ACM and UHC. The provider feels that they are not getting the fair share of the payment because of the negotiated fee schedules or arrangement that ACM and UHC agreed upon.  It appears the amount UHC allows is much higher than ACM but ACM holds their providers to their fee schedule amount.  This has led to the provider's dissatisfaction with the arrangements.  Since it is a provider contract issue, there should be little involvement from Insurance Service Programs.  However, we have requested that UHC provide more transparency in their subcontracted relationships.

If you have any questions, please feel free to contact me.

Ron Rheinhardt X4084
Contract Specialist
Insurance Service Programs
Division III



# WEINER'S

## HOME HEALTH CARE CENTER

3635 OLD COURT ROAD, PIKESVILLE, MD 21208



Phillip Paul Weiner, Pharm. D
Consultant Pharmacist

Phone: (410) 653-1434
Fax: (410) 486-7300

December 7, 2009

```
274354    DEC 7, 2009    ALL CURR USD      1 OF 1
SERVICE GNDCOM    ACT WT 1.0 LBS
TRACKING# 1Z2743540345422878
REF 1:
REF 2:

HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:            SVC  4.75 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT PUB CHG 4.75          PUB+HANDLING     4.75
```

HONORABLE SENATOR BENJAMIN L. C
100 SOUTH CHARLES STREET
TOWER ONE, SUITE 1710
BALTIMORE, MD 21201
ATTN: MICHELLE MOGHIS

RE: SUSPECTED FRAUD AGAINST THE CITIZENS OF MD, VA, DE, AND DC.

DEAR SENATOR CARDIN:

I THANK YOU AND YOUR OFFICE FOR TAKING THE TIME TO HEAR AND
READ ABOUT WHAT I PERCEIVE WAS AN INJUSTICE TO MANY CLIENTS OF
UNITED HEALTHCARE IN THE MID ATLANTIC STATES.

AS MY ENCLOSED DOCUMENTATION WILL SHOW, I HAVE PERSUED THIS
THROUGH THE ATTORNEY GENERAL'S OFFICE OF THE STATE OF
MARYLAND, THE MARYLAND INSURANCE ADMINISTRATION, AND THE
OFFICE OF THE INSPECTOR GENERAL/OFFICE OF PERSONELL
MANAGEMENT OF THE UNITED STATES. ALL, TO NO AVAIL.

I CANNOT, WILL NOT, BELIEVE THAT AN INSURANCE COMPANY CAN TAKE
WHAT I BILL, ADD TO THAT BILL ALMOST DOUBLE THE AMOUNT, BILL
THE PATIENT'S COPAY AT THE INCREASED LEVEL AND CHARGE THE
EMPLOYER THE REMAINDER. YOU WILL SEE THE DOCUMENTATION
ENCLOSED SHOWS ONE SUCH CASE WHERE MY OFFICE BILLED $1250.00 OF
WHICH $1200.00 WAS ALLOWED, AND THEN THE PATIENT WAS CHARGED
AN $1100.00 COPAY. APPEALS TO UNITED HEALTHCARE'S ANCILLARY
CARE MANAGEMENT COMPANY, APPLICATION OF FRAUD TO UNITED
HEALTHCARE, INQUIRIES TO THE MARYLAND AG'S OFFICE, THE MIA, AND
FINALLY TO THE OIG/OPM OF THE FEDERAL GOVERNMENT PROVED
FUTILE AND FRUITLESS. IN ALL BUT THE OIG/OPM CONTACTS, I WAS
REBUFFED WITH THE COMMENT THAT IT WAS A CONTRACT ISSUE
BETWEEN ME AND THEM. IN THE CONTACT WITH THE OIG/OPM, AN
INSPECTOR CAME TO MY OFFICE, LOOKED AT THE DOCUMENTATION AND
AGREED THAT "UPCHARGING" HAD OCCURRED THAT IS ILLEGAL.
HOWEVER, HIS SUPERVISOR WOULD NOT PERSUE IT AND A LETTER I SENT
TO SUPERVISOR WAS NEVER ANSWERED.

SENATOR CARDIN P.2

IT SEEMS UNUSUAL THAT SHORTLY AFTER I BEGAN MY INQUIRIES WITH
GOVERNMENTAL AGENCIES ABOUT THIS MATTER, UNITED HEALTHCARE
AND ANCILLARY CARE MANAGEMENT  ENDED THEIR BUSINESS
ARRANGEMENT.  I WONDER WHY?

PLEASE UNDERSTAND THAT I HAVE BEEN PAID THE AMOUNTS I BILLED
TO THE PATIENTS IN ALL OF THE CASES.  THEORETICALLY AND
PRACTICALLY, I HAVE NO INTEREST IN WHAT HAPPENS, BUT I DO. I DO
BECAUSE I BELIEVE MY PATIENTS HAVE BEEN OVERCHARGED AND
POSSIBLY DEFRAUDED OUT OF MONIES THAT COULD GO TOWARDS
MEETING THEIR NEEDS IN THESE TROUBLED TIMES RATHER THAN LINE
THE POCKETS OF UPPER MANAGEMENT OF THE INSURANCE COMPANIES.

CONTRACT SPECIALIST RON RHEINHARDT'S REMARK THAT MY POINTING
THIS OUT IS "THE PROVIDER FEELS THEY ARE NOT GETTING THE FAIR
SHARE OF THE PAYMENT….." IS GRATUITOUS TO OUT RIGHT
SLANDEROUS.  I HAVE BEEN IN BUSINESS FOR ALMOST 48 YEARS AND NO
OTHER INSURANCE COMPANY TO THE BEST OF MY KNOWLEDGE HAS
EVER UPCHARGED MY PAYMENT REQUEST AND THEN BILLED THE
PATIENT ACCORDING TO THAT UPCHARGE AS HAS HAPPENED WITH
UNITED HEALTHCARE AND ANCILLARY CARE MANAGEMENT.

SENATOR CARDIN P.3

I HAVE SPENT WELL OVER 100 HOURS OF MY TIME PURSUING JUSTICE FOR PEOPLE WHO, IN MANY CASES, ARE AFRAID TO DEAL WITH INSURANCE COMPANIES WHERE THEY SUSPECT THEY WILL BE CUT OFF IF THEY COMPLAIN. RIGHT OR WRONG, THIS IS THEIR FEELING. BELIEVING THEIR PLIGHT, I HAVE TRIED TO RIGHT THE WRONG. I APPEAL TO YOU AND YOUR OFFICE TO LOOK INTO THIS MATTER. I ASK THAT YOU DO NOT FALL FOR THE INSURANCE COMPANY'S LINE ABOUT IT BEING A CONTRACT BETWEEN MY OFFICE AND THEM. IT HAS NO BASIS IN FACT. I BILL MY PRICE AND THEY SHOULD PAY ACCORDING TO WHAT I BILL AND THEY SHOULD PAY THAT AMOUNT OR LOWER, IF THEIR ALLOWABLE IS LOWER. WHEN THEY "ALLOW" A HIGHER AMOUNT, I RECEIVE NO ADDITIONAL MONIES. IN THIS CASE, ONLY UHC AND ACM PROSPERED FROM THE CONTRACT BETWEEN UHC AND ACM. I ALWAYS THOUGHT THAT IF A CONTRACT IS ILLEGAL, IT IS ILLEGAL. UNH AND ACM MUST THINK OTHERWISE. IF, BY SOME CHANCE, THEIR ACTIONS ARE LEGAL. I BELIEVE THIS LOOP HOLE SHOULD BE CORRECTED.

I AM ENCLOSING AS MUCH INFORMATION AS I CAN WITHIN THE HIPPA STANDARDS. WHEN AN INVESTIGATION IS LAUNCHED, PLEASE FEEL FREE TO REQUEST THE NAMES, ETC OF THE PATIENTS THAT I HAVE IDENTIFIED. I AM POSITIVE THAT THERE ARE HUNDREDS, IF NOT THOUSANDS, OF CLAIMS THAT UHC/ACM'S CONTRACT WAS APPLIED.

I THANK YOU AGAIN FOR YOUR TIME AND CONSIDERATION.

SINCERELY,

PHILLIP PAUL WEINER, PHARM.D.

ENCLOSURES

INDEX OF DOCUMENTATION

1. 1 PAGE NETWORK PARTICPATION AGREEMENT BETWEEN WHHCC & ACM DATED MARCH 1, 2006, THE START DATE OF THE UHC/ACM  CONTRACT OF SERVICES (FULL CONTRACT NOT SENT)

2. 7 PAGE LETTER TO OFFICE OF THE ATTORNEY GENERAL DATED JANUARY 18, 2008 TO MS. ADRIAN REDD AND THE 14 TELEPHONE CALLS TO HER.  ALSO SHOWS FTC REFERENCE NUMBER 13526978

3. 1 PAGE LETTER FROM THE AG'S OFFICE TO THE MIA. DATED JULY 29, 2008

4. 1 PAGE LETTER FROM MIA CHIEF INVESTIGATOR DATED AUGUST 6, 2008 SENDING MY COMPLAINT TO DHMH

5. 2 PAGES FROM JEN BARKOSKY OF ACM REMOVING ME FROM A SETTLEMENT PROCEEDING WITH ACM FOR BACK CLAIMS THAT HAVE NOT BEEN PAID BECAUSE OF MY COMPLAINING TO THE AG AND MIA. EMAILS DATED AUGUST 13, 2008

6. 1 PAGE LETTER FROM AG CONSUMER PROTECTION DIVISION. DATED AUGUST 22, 2008

7. FIRST PAGE OF LETTER FROM MIA DATED SEPTEMBER 16, 2008 SHOWING, WHAT I BELIEVE IS THE CRUX OF MY COMPLAINT. THE PAYMENT TO PATIENTS IS CONTROLLED BY THE PATIENTS PLAN AND THE CONTRACT WITH ACM WHICH I BELIEVE WAS AND IS ILLEGAL. (FIRST ONLY, BECAUSE OF HIPPA INFORMATION)

8. FIRST PAGE OF LETTER DATED SEPTEMBER 23, 2008 TO MIA ANSWERING QUESTIONS FROM A LETTER FROM MIA DATED SEPTEMBER 16, 2008 NOT PRESENTED BECAUSE OF HIPPA REGULATIONS.

9. 1 PAGE LETTER TO MIA SUPERVISOR DATED NOVEMBER 20, 2008

10. 2 PAGE LETTER FROM MIA BASICALLY STATING THAT I CANNOT BRING AN ACTION ON BEHALF OF OTHERS.

11. 3 PAGE LETTER WITH 14 ADDITIONAL PAGES OF REDACTED INFORMATION DATED FEBRUARY 3, 2009 TO MR. JOE FRECK WHOSE NAME I OBTAINED FROM A FRIEND AS A BEGINNING CONTACT AT OPM/OIG

12. 1 PAGE SHOWING THE SPECIAL AGENT FROM OPM/OIG WHO BELIEVED ILLEGAL UPCHARGING HAD OCCURRED.

INDEX OF DOCUMENTATION  PAGE 2

13.    3 PAGES OF EMAIL DATED JULY 2, 2009 SHOWING RON
       RHEINHARDT'S ANSWER TO AGENT YOUNG.  THE MAIN ERROR
       OF HIS EMAIL IS THAT THE PRIME EXAMPLE IN MY COMPLAINT
       IS, IN FACT, A RETIRED GOVENTMENT EMPLOYEE.  SECONDLY,
       MR. RHEINHARDT STATES THAT I AM DISSATTISFIED WITH ACM
       GETTING MORE MONEY THAN I DO. WRONG. IT IS MY DISTRESS
       THAT MY PATIENTS HAVE TO PAY EXCESSIVE COPAYS BECAUSE
       OF THE CONTRACT BETWEEN UHC AND ACM.  I GET PAID WHAT
       THEY ALLOW AND I AM REASONABLY SATISFIED WITH IT.
14.    2 PAGE LETTER TO MR. ED DeHARDE AGAIN OUTLINING THE
       PROBLEM AND STATING THE FEDERAL EMPLOYEE AGAIN IN
       PARAGRAPH 2.  THIS LETTER DATED JULY 13, 2009 WAS NOT
       ANSWERED.
15.    THE LAST DOCUMENT REPEATED BY UHC MANY TIMES IS THE
       MAJOR POINT OF MY ARGUMENT.  THEIR CONTRACT HAS TO BE
       ILLEGAL BECAUSE IT ALLOWS ONE COMPANY (ACM) TO
       INCREASE (I.E. UPCHARGE) WHAT THE INITIAL PROVIDER
       CHARGES AND BASES THE PATIENTS COPAY ON THE
       UPCHARGED AMOUNT.  THIS CANNOT BE LEGAL.

July 13, 2009


Mr. Ed. DeHarde
Group Chief
Health Insurance Group III
US office of Personnel Management
1900 E Street, N.W.
Washington, D.C. 20415


Re: United Health Care (Dr. Weiner Fraud Issue)


Dear Mr. DeHarde:


I have been trying for well over a year to persuade someone, anyone, in government as to a scheme that United Health Care (UHC) and their contractor, Ancillary Care Management (ACM), with whom UHC worked with that I strongly believe illegally upcharged or outright defrauded citizens of Maryland, Virginia, Delaware, and the District of Columbia.

In this one specific case, a retired beneficiary of the Federal Employees Program had to pay an $1,100.00 copay that I believe should have been $550.00 or $600.00. Simply, my office billed $1250.00. ACM denied $50.00, paid me $100.00, and caused my patient to incur an $1100.00 copay. Because of my interference with the UHC/ACM scheme, ACM took back my $100.00. I do not know why as I was not given their rationale.

United Health Care has steadfastly held to the position that the problem was a contract issue between me and ACM. I will further admit that the Maryland Insurance Administration and the Consumer Protection Division of the Attorney Generals Office of the State of Maryland, who took over 9 months to come to the position that everyone except Agent Jimmy Young, that is it is a contractual issue between me and UHC/ACM as did Ron Rheinhardt. Mr. Young has the information you need to see this for yourself.

The fact is, there is nothing further from the truth. In the $1100.00 copay case as in all of the other cases, I have been paid. Usually it was because my patient, the UHC/ACM client was charged up to 100% of the cost of the Durable Medical Equipment (DME) item as a copay. That is wrong, unfair, and should not be allowed to stand.

Ed DeHarde  P.2

Please understand this: Many insurance policies have deductibles and/or copays.  A deductible is the amount of money that the beneficiary must pay before the insurance company will consider paying for an item.  The copay can either be a percentage or a specific amount.  In the DME world, it is usually a percentage and in the physician world it is generally a dollar amount.  BUT, in my 45+ years in business, no copay has been 11/12ths of the billed amount as in this specific case.

It seems quite a coincidence that shortly after my first inquiry to UHC/ACM by the MIA, that the UHC/ACM contract was stopped.  I am sure that UHC/ACM will tell you that it had been planned all along.

I do not wish to keep going and going and going. I have the proof that I billed $1250.00, ACM billed UHC (through one of its wholly owned sub units) $2300.00, and that sub unit paid me $100.00 and charged my patient an $1100.00 copay.  This is the crux of my complaint.  If the same patient today would receive the same equipment as she did when this started, her copay would only be $600.00 because she has a 50% copay.  She would not be charged $1100.00.  Therefore, the upcharge or fraud occurred in the first case. Either way, it is wrong.

Why will no one in government step up to the plate, tell the giant UHC they were wrong, and obtain refunds for what I believe were hundreds, and perhaps thousands, of similar cases over the approximately two and one-half years of the UHC/ACM scheme.

I certainly hope that you are that person.

Sincerely,


Phillip Paul Weiner, Pharm.D.

Therefore, based on the above information..... Are you serious???? OK, lets go over this again. This complaint is not about me, not about my business. The complaint is that the scheme between ACM and UHC has cheated the citizens of Maryland, Virginia, Delaware, and probably other states. It should not be legal. It certainly is not ethical or in the public's interest. Does not the Maryland Insurance Administration care about the citizens of the State of Maryland?

I am writing, verbatim, the paragraph from the August 29, 2008 letter to you from UHC. I do so because this probably answers how the scheme was set up.

"Any variance between the amounts paid by UnitedHealthcare to ACM and by ACM to its subcontracted providers, including Weiner is accounted for by the difference in fee schedules between the UnitedHealthcare/ACM contract and the contract between Weiner and ACM. Any UnitedHealthcare member responsibility is accurately reflected on the EOB provided by UnitedHealthcare to ACM. Since UnitedHealthcare adjudicates the claim based on member benefits, the information for member responsibility provided by ACM to its subcontracted provider should reflect the adjudicated amount reported to ACM by UnitedHealthcare."

These three sentences basically state that regardless of what any provider bills, ACM can charge UHC more and their members have to pay their copay according the higher price. It seems to me that the members pay a premium and the companies that utilized UHC may pay a premium above the normal and customary charges that a provider may charge. If I did that I would be cited for gauging.

In the final analysis, I believe the Maryland Insurance Administration must step up to the plate and take action against what I have presented here. It is egregious and must not be allowed to stand. The members of UHC who have paid larger than required copays and/or deductibles must be reimbursed with interest and UHC and/or ACM must be fined for their scheme.


Sincerely,


Phillip Paul Weiner, Pharm.D.

7 CLAIMS IN ALPHA ORDER WITH NOTATIONS

1.  PATIENT AEB: WHHCC BILLED $500.00 ACM BILLED OPTIMUM CHOICE (OC) $1320.00 WITH PATIENT OBLIGATION OF $660.00 FOR SAME ITEM ALSO SEE PATIENT FW. I SPOKE WITH PATIENT AEB WHO WAS AFRAID TO CONTACT OC.

2.  PATIENT CAB: WHHCC BILLED $99.12. EXPLANATION OF BENEFITS (EOB) FROM OC SHOWS OC WAS BILLED $451.40 WITH MEMBER OBLIGATION OF $225.70.  WHHCC EOB SHOWS A MORE CORRECT EOB.

3.  PATIENT LDC: WHHCC BILLED $49.56 PATIENT RESPONSIBILITY OF $82.28 AS ACM BILLED UHC $225.70.

4.  PATIENT KN:  WHHCC BILLED $90.00 ACM ACCEPTED $58.50, PAID WHHCC $9.00 WITH A $49.50 COPAY TO PATIENT.

5.  PATIENT CAR WAS BILLED BY WHHCC $140.00. EOB FROM UHC TO PATIENT WAS $154.00. ACM ALLOWED $84.00, DENIED THE CLAIM AND UPON PATIENT COMPLAINT PAID IT.

6.  PATIENT AW: WHHCC BILLED $250.00 ACM ALLOWD $250.00, PAID WHHCC $12.85 WITH A PATIENT COPAY OF $237.15

7.  PATIENT FMW: WHHCC BILLED ACM $1250.00, ACM ACCEPTED $1200.00, PAID WHHCC $100.00 AND A COPAY OF $1100.00. ON APPEAL, ACM TOOK BACK THE $100.00. FURTHER CONTACTS CULMINATED IN THE WRITING OF THIS INFORMATION TO SENATOR CARDIN.

## HOME CARE NETWORK

## PARTICIPATION AGREEMENT

THIS PARTICIPATION AGREEMENT (the "Agreement") is entered into, by and between ANCILLARY CARE MANAGEMENT, INC., a Delaware corporation ("ACM"), and _Weiner's Home Health Care Center_ ("Provider"), each of whom may be hereinafter referred to individually as "party" or collectively as the "parties", effective the _1st of March 2006_ ("Effective Date") with reference to the following facts:

## RECITALS

WHEREAS, ACM has entered into a Network Services Agreement ("NSA") with UnitedHealth Networks, Inc. and United Healthcare Insurance Company on behalf of itself and the other entities that are United's Affiliates (collectively, "United") pursuant to which ACM agrees to arrange for the provision of home care services to Customers of United through a panel of qualified home care providers who have or will have access to ACM's electronic claims submission technology.

WHEREAS, Provider is duly licensed or otherwise authorized to provide home care services in the jurisdiction in which Covered Services are rendered, and who desires to participate in ACM's panel of providers under the terms and conditions of this Agreement subject to credentialing by ACM.

ACCORDINGLY, the parties hereto agree as follows:

## ARTICLE 1. - DEFINITIONS

Whenever used in this Agreement, the following terms shall have the definitions contained in this Article 1:

1.1 **Benefit Plan** means a certificate of coverage, summary plan description, or other document or agreement, whether delivered in paper, electronic, or other format, under which a Payer is obligated to provide coverage of Covered Services for a Customer.

1.2 **Covered Service** is a health care service or product for which a Customer is entitled to receive coverage from a Payer.

1.3 **Customary Charge** is the fee for health care services charged by Provider that does not exceed the fee Provider would ordinarily charge another person regardless of whether the person is a Customer.

1.4 **Customer** is a person eligible and enrolled to receive coverage from a Payer for Covered Services.

1.5 **Payment Policies** are the guidelines adopted by United for calculating payment of claims under this Agreement and are subject to change from time to time as described in Section 5.1.

AG - MS. REDD



# WEINER'S
## HOME HEALTH CARE CENTER
3635 OLD COURT ROAD, PIKESVILLE, MD 21208



Phillip Paul Weiner, Pharm. D
Consultant Pharmacist

Phone:  (410) 653-1434
Fax:  (410) 486-7300

2/ /08
2/8/08  3:10 @ MMLM
3/3/08 · 2:30 VMLM
3/18/08  12:30
  SHE HAD SOMTNY TO DII
  ABW T THIS - SI WD BI
  ABLE TO RAW HM ANS
  W/IN A MONTH 2
4/ /08  SOON
4/7/08
4/14/08 VMLM · 11:35

MS. ADRIAN REDD
OFFICE OF THE AG
FAX   410-576-6571    6448 = 1 PAGE

January 18, 2008

RE: POSSIBLE ILLEGAL/IMMORAL/UNETHICAL/OR
OTHER ACTION BETWEEN UNITED HEALTH CARE (UHC)
AND ITS SUBSIDIARIES AND ANCILLARY CARE    4/15/08 - VMLM FM
MANAGEMENT (ACM)                              M M WATKINS
                                                RE:
THANK YOU AGAIN FOR SPEAKING WITH ME THIS   4/23/08  LINDA FISHER
MORNING.  I HAVE TRIED TO REDACT THE HIPPA  2pm
REQUIRED INFORMATION FROM THE 7 CLAIMS THAT  FILE TO BE REVIEWED
ARE INCLUDED IN THIS TRANSMITTION.          5/8/08
                                            6/13/08  5:53  VMLM
THERE ARE THREE PARTS TO THIS FAX:          7/7/08 · 4/45 VMLM
                                            7/8/08  3:37 VMLM
                                            7/16/08 -CM HM NXT WKD
                                            7/28/08  3:01 PARCH
                                              THRU TO ELLEN CONTAS
                                              DIRECTOR
FTC                    INS COMM.            EVER TO SEND INFO
1-877·382· 4357.       4104482000          UVR TO MIA AM W/IN
13526978.              PAM DIEBLER          NXT 2 DAYS
REF #

MIA = NO INS. COMM ISSUE



**DOUGLAS F. GANSLER**
*Attorney General*

**KATHERINE WINFREE**
*Chief Deputy Attorney General*

**JOHN B. HOWARD, JR.**
*Deputy Attorney General*



**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**
**CONSUMER PROTECTION DIVISION**

**WILLIAM D. GRUHN**
*Chief*
Consumer Protection Division

WRITER'S DIRECT DIAL NO.

410-576-6363

July 29, 2008

Mary M. Kwei
Maryland Insurance Administration
525 St. Paul Place
Baltimore, MD 21202

      Re:   HAU-155620

Dear Ms. Kwei:

    Our office received a complaint from Phillip Paul Weiner, Pharm. D, regarding the billing practices of UnitedHealthcare and Ancillary Care Management, and also potential issues regarding the clean claims laws of Maryland.

    We believe that your agency may be able to address the concerns outlined in the complaint and are enclosing copies of any relevant documents we have received.

    If you have any questions, please contact me at 410-576-6363.

Sincerely,

Ellen L. Kuhn
Assistant Attorney General
Director, Health Education and Advocacy Unit

Enclosure

cc:   Phillip Paul Weiner

MARYLAND INSURANCE ADMINISTRATION
INSURANCE FRAUD DIVISION
201 E. Baltimore Street, Suite 700
Baltimore, Maryland 21202

# FAX

Number of Pages Including Cover: 3

Date:     08/06/08
To:       Phillip Weiner – Weiner Home Health Care Center
Fax:      410-486-7300

| | |
|---|---|
| **From:** | **William B. Bokel, Jr. - Chief Investigator** |
| | Maryland Insurance Fraud Division |
| Phone: | 410-468-3902 or 1-800-846-4069 |
| **Fax:** | **410-347-5350** |

As I indicated yesterday, I spoke with the Attorney General
auditors today concerning the nature of your complaint. The
consensus of opinion is your information would be best delivered
to someone in the Department of Health and Mental Hygiene
dealing with medical billing practices.

I researched the website of DHMH which suggests that fraud
matters be referred to their Office of Inspector General. I have
attached a copy of their complaint form with the information to
mail or fax your information directly to them.

Please contact me with any questions concerning this matter.

Thanks,

William B. Bokel, Jr.

**From:** Jen Barkosky <jdahl@ACMCentral.com>
**To:** ppweiner@aol.com
**Cc:** Ashley Hume <ahume@ACMCentral.com>
**Subject:** Settlement Process
**Date:** Wed, 13 Aug 2008 2:12 pm

Hello Dr. Weiner,

I did not hear back from you yesterday regarding whether or not you would like to remain in the settlement process but the DOI complaint you issued was brought to my attention. We will have to discontinue the settlement process if you would rather bring your concerns to the DOI. I will remove you from the process today.

Thanks,

*Jen Barkosky*
Project Manager, Revenue Management
Ancillary Care Management, Inc.
jbarkosky@ACMcentral.com
Direct:  952-826-2507
Fax: 952-826-2598

www.ACMcentral.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual (or entity) to whom they are addressed. If you have received this email in error, please notify the sender or system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Ancillary Care Management. Finally, the recipient should check this email and any attachments for the presence of viruses. Ancillary Care Management accepts no liability for any damage caused by any virus transmitted by this email

MIA

MARTIN O'MALLEY
Governor

ANTHONY G. BROWN
Lt. Governor



MARYLAND
INSURANCE
ADMINISTRATION

RALPH S. TYLER
Commissioner

BETH SAMMIS
Deputy Commissioner

BRENDA A. WILSON
Associate Commissioner
Life and Health

525 St. Paul Place, Baltimore, Maryland 21202-2272
Phone: 410-468-2244   Fax: 410-468-2260
1-800-492-6116   TTY: 1-800-735-2258
www.mdinsurance.state.md.us

```
274354        SEP 26, 2008    ALL CURR USD      1 OF 1
SERVICE GNDCOM         ACT WT 1.0 LBS
TRACKING# 1Z27435403444910655
REF 1:
REF 2:
```

September 16, 2008

```
HANDLING CHARGE 0.00
SINGLE-PIECE PUB RATE CHRGS:          SVC  4.64 USD
DV 0.00              COD  0.00         RS  0.00
DC 0.00              DG   0.00         SD  0.00
AH 0.00              PR   0.00         SP  0.00
TOT PUB CHG 4.64          PUB+HANDLING     4.64
```

Phillip Paul Weiner Pharm.D.
Weiner's Home Health Care Center
3635 Old Court Road
Pikesville, Maryland  21208

> **RE:**
>
> | | |
> |---|---|
> | **MIA File Number:** | **81918-L-2008-SEM-C** |
> | **Company:** | **United Healthcare Insurance Company (UHC)** |
> | | **Ancillary Care Management (ACM)** |

Dear Dr. Weiner:

The Maryland Insurance Administration received a response from United Healthcare Insurance Company regarding your complaint. I have enclosed a copy of the response for your information and review.  We have concluded our investigation.

You have requested assistance because you contend Ancillary Care Management (ACM) and United Healthcare has overcharged members for copayments for services you have rendered or provided. You have provided 7 claims as a sample of the issues. The carrier was only able to identify five members. The identified members are referred to in your complaint as attachments #1, #2, #5, #6A & B, and #7A & B.



ACM had a network services agreement with UHC to provide home care services through the ACM provider network. Your contract was with ACM.  UHC processed claims based on the provisions of each member's policy and the contract with ACM, not with Weiner's Home Health Care Center. As a contracted provider with ACM, payments were made to you based on your contract with them.  The ACM contract with UHC terminated on October 31, 2007.

UHC has included a spreadsheet detailing the adjudication process for the members they were able to identify. Only two members fall under The Administration's jurisdiction.



MARTIN O'MALLEY
Governor

ANTHONY G. BROWN
Lt. Governor

**MARYLAND**
**INSURANCE**
**ADMINISTRATION**

RALPH S. TYLER
Commissioner

BETH SAMMIS
Deputy Commissioner

BRENDA A. WILSON
Associate Commissioner
Life and Health

525 St. Paul Place, Baltimore, Maryland 21202-2272
Phone: 410-468-2244   Fax: 410-468-2260
1-800-492-6116  TTY: 1-800-735-2258
www.mdinsurance.state.md.us

December 19, 2008

Dr. Phillip Paul Weiner, Pharm.D.
Weiner's Home Health Care Center
3635 Old Court Road
Pikesville, Maryland  21208

Re:     MIA File Number: 81918-L-2008-SEM-C
        Insured:

Dear Dr. Weiner:

We have reviewed the materials you recently sent us to demonstrate that you requested a hearing on November 20, 2008 in the above-referenced complaint. We regret to inform you that based on the file documents the Administration is unable to grant you a hearing.

The file documents that Ancillary Care Management (ACM) paid the claim for the above insured on November 4, 2008 for date of service June 28, 2007 in the amount of $129.60. We understand that your experience has led to your request for a hearing.

The hearing request is not based on the issues surrounding this insured, but rather on behalf of the citizens Maryland and stated in part:

> My complaint was not about myself, nor my business. It was about, what I believe, was a negative action between United Health Care and Ancillary Care Management against the citizens of Maryland, Delaware, Virginia, and most likely Washington who were clients of MAMSI, MDIPA, Optimum choice, and possibly the Alliance network......

You do not have standing to request a hearing on behalf of the citizens of Maryland, Delaware, Virginia, and the District of Columbia. Therefore, we cannot grant your hearing request.

Section 2-210 of the Insurance Article states that a hearing may be requested by a person aggrieved by an act or failure to act of the Commissioner. Your claim was paid and you state that your request is not for yourself or your business, so you are not the person aggrieved by our determination.

You may appeal our denial of your hearing request in accordance with §2-215 of the Insurance Article. You must file your appeal within 30 days. The appeal should be filed in the Circuit

# Authorization for Durable Medical Equipment (DME)

**Date: 2/27/06**      **DME Vendor:** Phillip Paul Weine      **Attention: R. Nichols**

**Reference:** AEXX6000783      **Benefits:** 50% COPAYMENT

| Patient Name | Member # | Equipment Authorized | ** | Dates of Service From | To |
|---|---|---|---|---|---|
| ▬▬▬▬▬ | ▬▬▬ | E1399  RR VITRECTOMY TABLE – 1 each | WR | 03-01-06 | 04-11-06 |

**\*\* Legend**

| | | | | | |
|---|---|---|---|---|---|
| 3MP | Three-month Purchase | INC | Included with Set-up | P | Purchase |
| CR | Rental | MP | Monthly Purchase | PCR | Convert to Purchase |
| DR | Daily Rental | MR | Monthly Rental | RCR | Re-authorization of Rental |

RDR  Re-authorization of Daily Rental
RMR  Re-authorization of Monthly Rental
WR  Weekly Rental

Please call the Professional Services Department at 1-800-342-6141 to confirm eligibility and benefits.

Telephone:  1-800-946-6091, Option #2      Fax: 301-545-5419      Completed By: Stacey Coffee, RN



ATTACH 2. 1/02/2001 The reference authorization number does not guarantee payment. It establishes that medical necessity and a benefit for DME exist. In order for payment to occur, there must be a valid enrollment at the time of service in conjunction with a valid reference authorization number and appropriate dates of service. Payment will then be made according to the limitations of the member's benefit package.

Notice of Confidentiality: The information included and/or attached in this facsimile transmission may contain confidential or privileged information and is intended for the addressee. Any unauthorized disclosure, reproduction, distribution or the taking of action in reliance on the contents of the information is prohibited. If you believe you have received the message in error, please notify the sender by reply transmission and delete the message without copying or disclosure.

Corporate Headquarters  4 Taft Court • Rockville, MT 2220250 • www.npmsi.com

# R E M I T T A N C E   A D V I C E
## M.D. IPA HEALTH PLAN
P.O. BOX 932 FREDERICK, MARYLAND 21705
(301) 360-8053  or  1-800-342-6141

**#4A**

HC481.3.1.CHECK                     PAGE    1
                                    04-19-06

Phillip Paul Weiner, Pharm C        VENDOR NO. 358346MD1
3635 OLD COURT RD                   REMIT NO.  654853
BALTIMORE, MD 21208                 DATE       04-19-06
                                    TAX ID #  520782222

Phillip Paul Weiner, Pharm C        VENDOR NO. 358346MD1
3635 OLD COURT RD                   REMIT NO.  654853
BALTIMORE, MD 21208                 DATE       04-19-06
                                    TAX ID #  520782222

ALL SERVICES REQUIRE RETURN DOCUMENTATION TO THE REFERRING PRIMARY CARE PHYSICIAN.
--------------------------------------------------------------------

MedAvantHealth( Proxy-Med), National Data Corporation (NDC),
Electronic Network Systems Inc (ENS),The SSI Group Inc (SSI),
RealMed or with Emdeon( WebMD) for 837 Professional Claims. For 837
Institutional claims, you can connect with Payerpath, Mckesson, NDC,
SSI, or Emdeon.   For 837 Dental claims you can connect with
Affiliated Network Services ( ANS).

Provider: 358346    Phillip Paul Weiner, Pharm C

INVOICE DATE 04/11/06
REFERRAL#

Reminder: To assure proper claims processing enter both provider number
          and your federal tax identification number on the claim form.

Unless the adjustment code notes a particular address for resubmissions,
please send your resubmissions to the following address: P.O. box
937, Frederick, MD 21705.

| GROUP ST/ST FE DT. FROM CODE MOD | REQ AMT | ALLOW AMT | DIS-ALLOW | W/HOLD AMT | COPAY | PAID ADJ |
|---|---|---|---|---|---|---|
| DT. THRU | | | | | | |
| 03-01-06  E1399 | 1250.00 | 0.00 | 1250.00 | 0.00 | 0.00 | 0.00 |
| 03-31-06 | | | | | 0.00 | 0.00 |
| SUB TOTALS | 1250.00 | 0.00 | 1250.00 | 0.00 | | |
| | | | | | | 0.00 |

TOTAL AMOUNT INCLUDED IN YOUR CHECK

--------------------------------------------------------------------
                                                              J12
--------------------------------------------------------------------
                              TOTAL AMOUNT PAID        0.00
--------------------------------------------------------------------
           A D J U S T M E N T   C O D E S
--------------------------------------------------------------------

J12  PLEASE SUBMIT THIS HOME INFUSION, DURABLE MEDICAL EQUIPMENT
     OR SPECIALTY MEDICINE SERVICES CLAIM DIRECTLY TO ANCILLARY
     CARE MANAGEMENT AT ADMCENTRAL.COM FOR REPRICING.

--------------------------------------------------------------------
              * * * IMPORTANT * * *
     THIS DOCUMENT MUST BE RETAINED FOR BOOKKEEPING AND TAX PURPOSES

Fee maximum varies based upon provider's region and may also vary based
on the member's health benefit plan.

Help prevent health care fraud and abuse.  Please report any suspicious
or unusual claims to our 24 hour fraud hotline at 1-800-806-3243.  Your
identification will be kept confidential.

We are offering the opportunity for participating practices to submit
claims to our health plans through our Electronic Data Interchange
(EDI) program.

In order to do so, you can connect to Payerpath Inc, MISYS, Mckesson,





Subtotal Paid for Member: $134.07

**Member Name:** [redacted]

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $231.62 | $148.95 | 060708000876 | 06/08/2006 | 06/08/2006 | L4360 | 1 | 1 | 0 |

| | Drug: | Submitted | ACM | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Drug: | $0.00 | | | PR2 | $148.95 | $0.00 | $14.88 | $0.00 | $0.00 | $0.00 | $134.07 |

---

Subtotal Paid for Member: $28.53

**Member Name:** [redacted]

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $351.60 | $175.20 | 060620000720 | 06/19/2006 | 06/19/2006 | A4390 | 30 | 1 | 0 |

| | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|
| Drug: $0.00 / $0.00 | Remark Code | | | | | | |
| | $175.20 | | $2.95 | $160.46 | $0.00 | $0.00 | $11.79 |

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $45.00 | $20.93 | 060620000727 | 06/19/2006 | 06/19/2006 | A4406 | 6 | 1 | 0 |

| | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|
| Drug: $0.00 / $0.00 | Remark Code | | | | | | |
| | $20.93 | $0.00 | $4.19 | $0.00 | $0.00 | $0.00 | $16.74 |

---

Subtotal Paid for Member: $82.80

**Member Name:** [redacted]

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $138.00 | $82.80 | 060708000889 | 07/07/2006 | 07/07/2006 | A6539 | 1 | 1 | 0 |

| | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|
| Drug: $0.00 / $0.00 | Remark Code | | | | | | |
| | $82.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82.80 |

---

Subtotal Paid for Member: $122.40

**Member Name:** [redacted]

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $56.30 | $35.40 | 060608020519 | 05/09/2006 | 05/09/2006 | A4649 | 4 | 1 | 0 |

| | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|
| Drug: $0.00 / $0.00 | Remark Code | | | | | | |
| | $35.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.40 |

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $150.00 | $87.00 | 060608020525 | 05/09/2006 | 05/09/2006 | A6549 | 1 | 1 | 0 |

| | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|
| Drug: $0.00 / $0.00 | Remark Code | | | | | | |
| | $87.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $87.00 |

---

Subtotal Paid for Member: $100.00

**Member Name:** [redacted]

Billing Questions call 866-863-4686          470

---

**07/26/06**

**Weiners Home Health Care Corp**

**United Health Care**
**Ancillary Care Management**
**Explanation of Benefits**

Check:        124131
Amount:       $475.72
Check Date:   07/26/2006

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $1,250.00 | $1,200.00 | 060426015474 | 03/01/2006 | 03/31/2006 | E1399 | 1 | 31 | 0 |

| | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
|---|---|---|---|---|---|---|---|
| Drug: $0.00 / $0.00 | Remark Code PR3 | | | | | | |
| | $1,200.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 |

Total Amount Paid: $475.72

---

**Remark Legend**

OA23   Other adjustments Payment adjusted because charges have been paid by another payer.
PR2    Patient Responsibility Coinsurance Amount
PR3    Patient Responsibility Co-payment Amount





**11213 Davenport Drive, Suite 301**
**Omaha, NE 68154**

Weiners Home Health Care Corn
3635 Old Court Road
Pinesville    MD  21208



TaxID: 520782222

**United Health Care**
**Ancillary Care Management**
**Explanation of Benefits**

Check Number:        168926
Amount:        $65.08
Check Date:        11/12/2006
Provider #:        1028302

*If any Information in this section has changed or is incorrect, please notify Ancillary Care Management at  866-863-4686*

---

**Member Name:** — Subtotal Paid for Member: **$5.58**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $15.00 | $6.98 | 061017013791 | 10/16/2006 | 10/16/2006 | A4406 | 2 | 1 | 0 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | PR2 | $6.98 | $0.00 | $1.40 | $0.00 | $0.00 | $0.00 | $5.58 |

*NOT IN CALL*

---

**Member Name:** — Subtotal Paid for Member: **$84.25**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $99.12 | $99.12 | 061102012986 | 11/02/2006 | 11/02/2006 | L3984 | 2 | 1 | 0 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | PR2 | $99.12 | $0.00 | $14.87 | $0.00 | $0.00 | $0.00 | $84.25 |

---

**Member Name:** — Subtotal Paid for Member: **$75.25**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $140.00 | $105.25 | 061005015825 | 09/27/2006 | 09/27/2006 | A6531 | 4 | 1 | 0 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | PR3 | $105.25 | $30.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.25 |

---

**Member Name:** — Subtotal Paid for Member: **$0.00**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | | $6.88 | 061017013651 | 03/20/2006 | 03/20/2006 | A4365 | 1 | 1 | 0 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | COA2 | $0.00 | $0.00 | $0.00 | $0.00 | $6.88 | $0.00 | $0.00 |

---

**Member Name:**        Member ID:   014959_01 — Subtotal Paid for Member: **($100.00)**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $1,250.00 | $1,200.00 | 060426015474 | 03/01/2006 | 03/31/2006 | E1399 | 1 | 31 | 0 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | CR3 | $-1,200.00 | $-1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-100.00 |

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $1,250.00 | $1,200.00 | 061109012272 | 03/01/2006 | 03/01/2006 | E1399 | 1 | 1 | 00023384 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | PR3 | $1,100.00 | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*CANCELLED  12/4/06*

---

**Member Name:** — Subtotal Paid for Member: **$0.00**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Item: | $150.00 | $150.00 | 061017013586 | 10/16/2006 | 10/16/2006 | L3807 | 2 | 1 | 0 |
| | | | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| Drug: | $0.00 | $0.00 | PR1 | $150.00 | $0.00 | $0.00 | $150.00 | $0.00 | $0.00 | $0.00 |

Billing Questions call 866-863-4686

531



**From:** "Emily Heppner" <eheppner@acmcentral.com>
**To:** <ppweiner@comcast.net>
**CC:** "Dyna Wawrzynkiewicz" <DWawrzynkiewicz@ACMCentral.com>
**Subject:** Claim #060426015474
**Date:** Thursday, November 09, 2006 4:00:52 PM

Dr. Weiner,

This email is in reference to claim # 060426015474. This claim paid, but at only $100. I have spoken to the Claims representative that is assisting me with these and she states that that claim DID pay correctly and that $1100 of this is patient responsibility.

She is still investigating the claim that you received the DOL letter on for no auth that you were kind enough to fax me the documentation on.

The other claims we discussed were converted into incidents. Those numbers I gave you yesterday.

I will continue to keep you posted on these as I hear more.

*Emily Heppner*
Service Center Subject Matter Expert
Ancillary Care Management, inc

Phone (402) 778-0101 Ext. 1378
Toll Free:800-957-9713
Fax: 402-778-9929






UnitedHealth Group®



Search

- Contact Us

HOME

ABOUT UNITEDHEALTH GROUP

INVESTOR INFORMATION

NEWSROOM

CAREERS

Our Businesses

Employer Business Services
Health Care Services
Knowledge & Information Services
Specialized Care Services

Products & Services

Looking for a product or service?

# Contact Us
## E-Mail Form

Please be aware that this is not a secure site and information you subr
could be observed by a third party while in transit to us. If you wish to
keep information private, please do not use this e-mail form. In order
protect your privacy, requests for confidential information will be
responded to via regular mail or telephone.

**Company Name (if applicable)**
WEINERS HHCC

**First Name**
DR. PHILLIP PAUL

**Last Name**
WEINER

**E-Mail**
PPWEINER@AOL.COM

**Telephone Number**
410-6531434

**Street Address**
3635 OLD COURT ROAD

**City**
PIKESVILLE

**State**
MD

**ZIP code**
21208

**Subject**
POSSIBLE FRAUD BY ACM

**Message**
THERE IS NOT SUFFICENT
SPACE HERE TO TELL THE
STORY, BUT I HAVE REASON
TO QUESTION A PAYMENT
BY UHC TO ACM THAT WAS
NOT FORWARDED TO ME.
THIS ALSO CONTAINED
INCORRECT BILLED
AMOUNT. AND, THERE ARE
A MULTITUDE OF PROBLEMS
WITH ACM.

AG- MS. REDD



# WEINER'S
### HOME HEALTH CARE CENTER
3635 OLD COURT ROAD, PIKESVILLE, MD 21208

Phillip Paul Weiner, Pharm. D
Consultant Pharmacist

Phone: (410) 653-1434
Fax: (410) 486-7300



MS. ADRIAN REDD
OFFICE OF THE AG
FAX   410-576-6571    6448 = MTAVE

January 18, 2008

RE: POSSIBLE ILLEGAL/IMMORAL/UNETHICAL/OR
OTHER ACTION BETWEEN UNITED HEALTH CARE (UHC)
AND ITS SUBSIDIARIES AND ANCILLARY CARE
MANAGEMENT (ACM)

THANK YOU AGAIN FOR SPEAKING WITH ME THIS
MORNING.  I HAVE TRIED TO REDACT THE HIPPA
REQUIRED INFORMATION FROM THE 7 CLAIMS THAT
ARE INCLUDED IN THIS TRANSMITTION.

THERE ARE THREE PARTS TO THIS FAX:

2/08
2/8/08 3:10 @ ANNAPLS
3/3/08  2:30 VMLM
3/18/08 12:30
SHE HAS SO HARD TO DIR
ABOUT THIS - SHE MAY BE
ABLE TO PAW HIM AM/
N/M IF WORK'Z
4/?/08 SOON
4/7/08
4/14/08 VM LM · 11:35

4/15/08 - VMLM FM
KIM WATKINS
RE:
4/23/08 LINDA FISHER
2PM
FWD TO BE REVIEWED

5/8/08
6/13/08 8:53 VMLM
7/7/08  4:45 VMLM
7/8/08  3:37 VMLM
-CAN HIM THAT NO
7/10/08 3:01 PATSI
7/28/08 THRU TO ELLEN CONAS
DIRECTOR
FWD TO SEND INFO
VMM TO MIA AM W/I
NXT 2 DAYS

FTC
1-877-382-4357.
13526978.
REF #

DNS Comm.
4104482090 -#
(PAM DIENER)

MIA = MD INS. COMM ISSUE

MARTIN O'MALLEY
Governor

ANTHONY G. BROWN
Lt. Governor



**MARYLAND**
**INSURANCE**
**ADMINISTRATION**

RALPH S. TYLER
Commissioner

BETH SAMMIS
Deputy Commissioner

BRENDA A. WILSON
Associate Commissioner
Life and Health

525 St. Paul Place, Baltimore, Maryland 21202-2272
Phone: 410-468-2244    Fax: 410-468-2260
1-800-492-6116  TTY: 1-800-735-2258
www.mdinsurance.state.md.us

August 6, 2008

Phillip Paul Weiner Pharm.D.
Weiner's Home Health Care Center
3635 Old Court Road
Pikesville, Maryland  21208

**(H)**

RE:    MIA File Number: 81918-L-2008-SEM-C
       Company: United Healthcare

Dear Dr. Weiner:

The Administration received your complaint regarding the above referenced insurer.  I am assigned to investigate your complaint.  The Insurance Administration investigates alleged violations of Maryland insurance laws.  Today, the insurer was sent a letter notifying it of your complaint and requesting a response. The carrier may request the patient's names and membership numbers to complete their investigation.

I will contact you by letter regarding the outcome of this investigation.  Please be advised that an investigation can take approximately 60 business days.  Complex cases may take longer.

If you have additional information regarding your complaint that you have not submitted to the Administration, please provide that information to me immediately.   In some cases, a determination is made without the need to further contact you.

If you wish to discuss the investigation, please do not hesitate to contact me.

Sincerely,

Sharon E. Moore
Insurance Investigator
Life and Health Unit
410.468.2283

Enclosure



Therefore, based on the above information..... Are you serious???? OK, lets go over this again. This complaint is not about me, not about my business. The complaint is that the scheme between ACM and UHC has cheated the citizens of Maryland, Virginia, Delaware, and probably other states. It should not be legal. It certainly is not ethical or in the public's interest. Does not the Maryland Insurance Administration care about the citizens of the State of Maryland?

I am writing, verbatim, the paragraph from the August 29, 2008 letter to you from UHC. I do so because this probably answers how the scheme was set up.

> "Any variance between the amounts paid by UnitedHealthcare to ACM and by ACM to its subcontracted providers, including Weiner is accounted for by the difference in fee schedules between the UnitedHealthcare/ACM contract and the contract between Weiner and ACM. Any UnitedHealthcare member responsibility is accurately reflected on the EOB provided by UnitedHealthcare to ACM. Since UnitedHealthcare adjudicates the claim based on member benefits, the information for member responsibility provided by ACM to its subcontracted provider should reflect the adjudicated amount reported to ACM by UnitedHealthcare."

These three sentences basically state that regardless of what any provider bills, ACM can charge UHC more and their members have to pay their copay according the higher price. It seems to me that the members pay a premium and the companies that utilized UHC may pay a premium above the normal and customary charges that a provider may charge. If I did that I would be cited for gauging.

In the final analysis, I believe the Maryland Insurance Administration must step up to the plate and take action against what I have presented here. It is egregious and must not be allowed to stand. The members of UHC who have paid larger than required copays and/or deductibles must be reimbursed with interest and UHC and/or ACM must be fined for their scheme.

Sincerely,

Phillip Paul Weiner, Pharm.D.

UnitedHealthcare Online

Printed by: Becky Leagjeld on 8/13/2008 16:37:29
Patient Name :LAURA CUSHMAN

# Claim Status

Note: Select Landscape (
settings to print the full pa

### Patient Information

| | |
|---|---|
| Name: | |
| Subscriber #: | |
| Patient Relationship: Spouse | Group Number: 704316 |

Other Transa

Submit Claim

View Fee Sched

### Claim Status

| | | | |
|---|---|---|---|
| Claim Number: | 1576970418 | Status: | Paid |
| Date Received: | 03/26/2007 | Payment to Enrollee/Patient: | No |
| Practice/Facility Name: | ANCILLARY CARE | Practice/Facility Address: | NW 5663 PO BOX 1450   MINNEAF |
| Electronic Payer ID: | 87726 | Tax ID: | 954855887 |
| Physician/Provider Name: | ANCILLARY CARE MANAGEMENT | Physician/Provider Number: | 954855887 |
| CAP/FFS: | FFS | Claim Reprocessed: | No |

### Claim Details

(1 - 1 displayed of 1 total results)

| Date of Service | Procedure/ Revenue Code | Charge Amount | Paid Amount | Phys/Provider Adjust/Disc | Not Covered | Remark Code | Copay/ Deductible | Patient Responsibility | Reserve | Plan Coverage | Denied Date | Check Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/2007 | L3984 | 225.70 | 143.42 | 0.00 | 0.00 | YL | 66.35 | | 0.00 | 90% | | 04/02/2007 | ( |
| Claim Totals | | 225.70 | 143.42 | 0.00 | 0.00 | | | 82.28 | | | | | |

### Remark Codes

YL- THIS CLAIM HAS BEEN PROCESSED IN ACCORDANCE WITH THE NEGOTIATED CONTRACT RATE.

### Description of Services

MEDICAL SU- MEDICAL SUPPLIES

BACK

### Contact Information

* Indicates Required Field

| | |
|---|---|
| *Contact First Name: | Becky |
| *Contact Last Name: | Leagjeld |
| *Claim Issue: | |
| *Issue Details: | |

SUBMIT ADJUSTMENT REQUEST



5 S. Figueroa #2150
s Angeles, CA 90017United Health Care

einers Home Health Care Corn
35 Old Court Road
nesville   MD 21208

**United Health Care
Ancillary Care Management
Explanation of Benefits**

| | |
|---|---|
| Check Number: | 109316 |
| Amount: | $269.68 |
| Check Date: | 06/14/2006 |
| Provider #: | 1028302 |

TaxID 520782222

any Information in this section has changed or is incorrect, please notify Ancillary Care Management at 866-863-4686

---

**iber Name:** ▆▆▆▆▆▆▆ Subtotal Paid for Member: **$105.25**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item: | $142.00 | $105.25 | 060601010136 | 06/01/2006 | 06/01/2006 | A6531 | 4 | 1 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | | $105.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105.25 |

---

**nber Name:** ▆▆▆▆▆ Subtotal Paid for Member: **$151.58**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item: | $125.00 | $62.08 | 060421005502 | 04/18/2006 | 04/18/2006 | A4385 | 20 | 1 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | 166 | $77.00 | $0.00 | $0.00 | $0.00 | $38.50 | $0.00 | $38.50 |
| | | | 166 | $77.00 | $0.00 | $0.00 | $0.00 | $38.50 | $0.00 | $38.50 |

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # | |
|---|---|---|---|---|---|---|---|---|---|---|
| It. | $130.00 | $52.96 | 060421005518 | 04/18/2006 | 04/18/2006 | A4388 | 20 | 1 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | 166 | $65.80 | $0.00 | $0.00 | $0.00 | $32.90 | $0.00 | $32.90 |
| | | | 166 | $65.80 | $0.00 | $0.00 | $0.00 | $32.90 | $0.00 | $32.90 |

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item: | $15.00 | $6.98 | 060421005540 | 04/18/2006 | 04/18/2006 | A4406 | 2 | 1 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | 166 | $8.78 | $0.00 | $0.00 | $0.00 | $4.39 | $0.00 | $4.39 |
| | | | 166 | $8.78 | $0.00 | $0.00 | $0.00 | $4.39 | $0.00 | $4.39 |

---

**nber Name:** ▆▆▆▆▆ Subtotal Paid for Member: **$0.00**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item: | $1,250.00 | $1,200.00 | 060428000839 | 03/01/2006 | 03/31/2006 | E1399 | 1 | 31 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | 166 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | $0.00 | $0.00 |

---

**mber Name:** ▆▆▆▆▆ Subtotal Paid for Member: **$12.85**

| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity | Days | Prov Ref # | |
|---|---|---|---|---|---|---|---|---|---|---|
| Item: | $250.00 | $250.00 | 060421006142 | 04/20/2006 | 04/20/2006 | L1880 | 1 | 1 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | PR3 | $250.00 | $237.15 | $0.00 | $0.00 | $0.00 | $0.00 | $12.85 |

Total Amount Paid: $269.68

Corrected EOB

6/22
Paula

Rer   ' Legen⌐
166
PR3   Patient Responsibility Co-payment Amount

Incident #
060622-000521

Billing Questions call 866-863-4686          108

Optimum Choice, Inc.
HEALTH PLAN

Page 2

**Explanation of Benefits (EOB)**

**\*\*\* THIS IS NOT A BILL \*\*\***

If you have any questions please contact the
Member Services Department at:
(301) 360-8040 or 1-800-331-2102

Member Number:  C0564635*01
Member Name:   CAROL B BRAVE

| Reference Number | Check Number | Provider Number | Provider Name | Dates of Service From | Dates of Service To | Service Provided | Requested Charges | Allowable Charges | Plan Obligation | Par Dr. Savings | Member Obligation | Deductible | Expl Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓ | 0432731 | 4141250 | Ancillary Care Management | 06-06-07 | 06-06-07 | UPPER LIMB FX ORTHOSIS, WRI | $451.40 | $451.40 | $225.70 | $0.00 | $225.70 | $0.00 | 11 ACM |
|  |  |  |  |  |  |  | $451.40 | $451.40 | $225.70 | $0.00 | $225.70 | $0.00 |  |

Totals:

Total obligation is the sum of Member Obligation and Deductible columns.

**Your total obligation to Ancillary Care Management, Inc. is $225.70.**

If you have other insurance coverage in addition to this Plan's coverage, and you need an explanation of the Plan's benefit determination for submission to your other insurance coverage, please call the above telephone number.

Please see reverse side for the Explanation codes.

| Out of Pocket Summary. | | |
|---|---|---|
| Contract Period | 05-01-07 | to 04-30-08 |
| Group | | |
| Individual OOP Amount | | 1,400.00 |
| Family OOP Amount | | 1,400.00 |
| Amount Applied to OOP this EOB | | 225.70 |
| OOP Amount to Date (Ind / Fam) | 270.70 | 270.70 |
| Date OOP Amount Met | | |



*Our Response from ACM*

11213 Davenport Drive, Suite 301
Omaha, NE 68154

United Health Care
Ancillary Care Management
Explanation of Benefits

Check Number:        196825
Amount:        $369.91
Check Date:       01/14/2007
Provider Number:        1028302
TaxID:        520782222

Weiners Home Health Care Corn
3635 Old Court Road
Pinesville     MD   21208



*If any Information in this section has changed or is incorrect, please notify Ancillary Care Management at (866)863-4686.*

| Member: | | | | | | Subtotal Paid for Member: | | | $0.66 |
|---|---|---|---|---|---|---|---|---|---|
| | Submitted Charges | ACM Contracted | Claim # | Start Date | End Date | ItemID | Quantity  Days | Prov Ref # | |
| Item: | $500.00 | $500.00 | 061108016624 | 09/15/2006 | 10/03/2006 | E1399B | 2    14 | 0 | |
| Drug: | $0.00 | $0.00 | Remark Code | Allowed Amt | Co-Pay | Co-Insur | Deductible | Other Amt | Interest Amt | Amount Paid |
| | | | PR3 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.65 | $0.65 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.01 | $0.01 |

01/23/2007 17:14 FAX 7035647440          EWM HQ                                    ☒002

Options Choices, Inc.
HEALTH PLAN

If you have any questions please contact the
Member Services Department at:
(301) 360-0040 or 1-800-331-6102

**Explanation of Benefits (EOB)**

*** THIS IS NOT A BILL ***

Member Number:
Member Name:

| Reference Number | Check Number | Provider Number | Provider Name | Dates of Service From | TO | Service Provider | Reported Charges | Allowable Charges | Plan Obligation | For Dr. Savings |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 4141050 | Ancillary Care Management | 09-13-06 | 10-03-06 | DURABLE MED EQUIP, MISC. | $1300.00 | $1300.00 | $660.00 | $0.00 |
| | | | Totals: | | | | $1300.00 | $1300.00 | $660.00 | $0.00 |

Total obligation is the sum of Member Obligation and Deductible column.

**Your total obligation to Ancillary Care Management, Inc.**

If you have other insurance coverage in addition to this Plan's coverage, and you need an explanation of the Plan's benefit determination
for submission to your other insurance coverage, please call the above telephone number.



Please see reverse side for the Explanation codes.

Out of Pocket Summary:

Contract Period                                          07-
Group
Individual OOP Amount
Family OOP Amount
Amount Applied to OOP this EOB
OOP Amount to Date (Ind / Fam)  0.0
Date OOP Amount Met