IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* PHILLIP WEINER | : | |
| | : | |
| v. | : | Civil Action No. CCB-12-1038 |
| | : | |
| ANCILLARY CARE MANAGEMENT, | : | |
| INC. *et al.* | : | |

**ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant Ancillary Healthcare Management, Inc.'s Motion to Dismiss (ECF No. 7) is **Granted**;

2. The dismissal shall be without prejudice as to the United States only until 14 days from the date of this Order;

3. If no objection is filed by the United States within 14 days, the case shall be dismissed with prejudice in its entirety;

4. The Clerk shall CLOSE this case subject to reopening if an objection is filed by the United States; and

5. The Clerk shall send copies of this Order and the accompanying Memorandum to Phillip Weiner, counsel of record, and the United States.

|   3/28/13   | /s/ |
|---|---|
| Date | Catherine C. Blake |
| | United States District Judge |